JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| FONTANA FASTENERS, INC. | Case No. ED 16-CV-0846 SJO (AJWx) |
| --- | --- |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| FOREMOST THREADED PRODUCTS, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

1 | WHEREAS, the Court having GRANTED Plaintiff FONTANA FASTENERS, INC.'s ("Fontana") Motion for Summary Judgment on its breach of contract cause of action against Defendant FOREMOST THREADED PRODUCTS ("Foremost");

WHEREAS, the Court having dismissed Fontana's remaining claims since Fontana is entitled to the entirety of the relief it seeks by virtue of Fontana prevailing under its breach of contract claim against Foremost; and

WHEREAS, the Court previously having dismissed Foremost's counterclaims against Fontana it is November 28, 2016 Order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Foremost shall pay to Fontana the sum of **$137,064.15**; and
2. Foremost shall take nothing by way of its previously-dismissed counterclaims against Fontana.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 3, 2017

*S. James Otero*

HON. S. JAMES OTERO
United States District Judge